THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ERIC ISON JONES JR., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD P. MAURO et al., <br><br> Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br> Case No. 2:22-CV-306-DBB <br><br> District Judge David Barlow |

In an Order dated June 10, 2022, the Court ordered Plaintiff to within thirty days file his required initial partial filing fee (IPFF) of $1.67 and a signed consent form, to have the remaining fee collected in increments from Plaintiff's inmate account. (ECF No. 10.) To date, Plaintiff has not complied, nor has Plaintiff responded to the Order.

**IT IS ORDERED** that, because Plaintiff did not follow the Court's order to file an IPFF and consent, and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

DATED this 11th day of August, 2022.

BY THE COURT:

JUDGE DAVID BARLOW
United States District Court